IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Total Merchant Services, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) |
| Mark Rhinehart, Erik Nelson, Brad Maloney, Blu Entertainment Group, LLC, and Country Life Music Festival, LLC, | ) Case No. 1:15-cv-1327-JES-JEH |
| Defendants. | ) |

## DEFENDANT ERIK NELSON'S COUNSEL'S CERTIFICATE OF INTEREST

Jonathan A. Backman, as attorney for defendant Erik Nelson, in the above-captioned case, hereby submits his Certificate of Interest in the case in accordance with Local Rule 11.3 and states as follows:

1. Mr. Backman will be representing only defendant Erik Nelson in the case.

2. Mr. Nelson is not a corporation, but rather an individual.

3. As a sole practitioner, Mr. Backman shall be the only attorney appearing from his firm for Mr. Nelson in this case, and Mr. Backman does not currently contemplate any other counsel serving as co-counsel with him in defending Mr. Nelson in the case

Dated: September 2, 2015                    Respectfully submitted,


                                            By:   /s/ Jonathan A. Backman
                                                  Jonathan A. Backman

Jonathan A. Backman (ID #6196243)
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Attorney for Defendant Erik Nelson*

# CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on September 2, 2015, I filed **Defendant Erik Nelson's Counsel's Certificate of Interest** using the CM/ECF system which will send notification of such filing to the following:

ON BEHALF OF THE PLAINTIFF TOTAL MERCHANT SERVICES, INC.
Ambrose V. McCall
(amccall@hinshawlaw.com,pwaldschmidt@hinshawlaw.com)
L. Lee Smith
(lsmith@hinshawlaw.com, jharbison@hinshawlaw.com, cbogner@hinshawlaw.com)
James Constantine Vlahakis
jvlahakis@hinshawlaw.com ,courtfiling@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
222 North LaSalle, Suite 300, Chicago, IL 60601-1081
tel: 312-704-3000; fax: 312-704-3001

and that I delivered the document to the following Non-ECF recipients in the manner indicated: NONE

/s/ Jonathan A. Backman