IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Total Merchant Services, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Mark Rhinehart, Erik Nelson, Brad Maloney, | ) Case No. 1:15-cv-1327-JES-JEH |
| Blu Entertainment Group, LLC, and Country | ) |
| Life Music Festival, LLC, | ) |
| | ) |
| Defendants. | ) |

## SUGGESTION OF BANKRUPTCY

Now comes the defendant Erik Nelson, by his undersigned attorney, and suggests the filing on his behalf of a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Central District of Illinois.  The Chapter 7 Petition was filed at 8:58 a.m. on Tuesday, May 30, 2017, and bears the Case Number 17-80802.

Mr. Nelson submits that the Plaintiff is listed as one of his creditors in his Bankruptcy Case and that in light of such, further prosecution of this action is "stayed" by the automatic stay provisions of 11 U.S.C. Section 362(a).

Dated:  May 31, 2017                                    Respectfully submitted,


By:        /s/ Jonathan A. Backman          
                Jonathan A. Backman


Jonathan A. Backman (ID #6196243)
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Attorney for Defendant Erik Nelson*

CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on May 31, 2017, I filed the foregoing **Suggestion of Bankruptcy** using the CM/ECF system which will send notification of such filing to the following:

Ambrose V. McCall
(amccall@hinshawlaw.com,pwaldschmidt@hinshawlaw.com)
L. Lee Smith
(lsmith@hinshawlaw.com, jharbison@hinshawlaw.com, cbogner@hinshawlaw.com)
HINSHAW & CULBERTSON, LLP
416 Main Street, 6th Floor
Peoria, Illinois 61602

James Constantine Vlahakis
jvlahakis@hinshawlaw.com ,courtfiling@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
222 North LaSalle
Suite 300
Chicago, IL 60601-1081

and that I delivered the document to the following non-ECF recipients by First-Class United States Mail, postage pre-paid:

Bradley Maloney
1227 Florence Avenue, Unit 2
Peki, IL 61554
*Pro Se Defendant*

Mark L. Rhinehart
710 W. Orlando Avenue, #1M
Normal, Illinois 61761
*Pro Se Defendant*

/s/ Jonathan A.Backman